UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED U.S. DISTRICT COURT AUGUSTA DIV. 2019 DEC -6 AM 11: 07 CLERK J. Hodge SO. DIST. OF GA.

UNITED STATES

V.

JASON MICHAEL MUSGROVE

Case No.: 1:19-mj-067

**Filed Under Seal**

## ORDER

The Court having considered the Government's Motion to Seal, hereby GRANTS the motion and ORDERS that the criminal complaint and its related papers, the motion of the Government, and this Order by SEALED until further order of the Court.

This 6th day of December 2019.

_____
Honorable Brian K. Epps
United States Magistrate Judge
Southern District of Georgia