# AFFIDAVIT

I, Harold Dennis "Tripp" Godbee, III, a Special Agent with the Federal Bureau of Investigation, being duly sworn, hereby depose and state as follows:

## RELEVANT STATUTES

1. On or about December 5, 2019, within the Southern District of Georgia, JASON MUSGROVE, did knowingly distribute child pornography as defined in Title 18, United States Code Section 2252(8(A), that is any visual depiction of a minor, under person under 18 years old, engaged in sexually explicit conduct, said images having been shipped or transported in or affecting commerce by any means, including by computer. All in violation of Title 18 United States Code Section 2252A(a)(2).

2. Title 18 United States Code, Sections 2221, 2252 and 2252A prohibit a person from knowingly possessing or accessing child pornography with the intent to view it as well as transporting, receiving, distributing or possessing in interstate or foreign commerce, or by using any facility or means of interstate or foreign commerce, any visual depiction of minors engaging in sexually explicit activity (that is, child pornography). This investigation concerns alleged violations of 18 U.S.C. §§ 2251, 2252 and 2252A, relating to material involving the sexual exploitation of minors.

a. 18 U.S.C 2251 prohibits any person from employing, using, persuading, inducing, enticing, or coercing any minor to engage in, or having a minor assist any other person to engage in, or any person who transports any minor in or affecting interstate or foreign commerce, or in any Territory or Possession of the United States, with the intent that such minor engage in, any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct.

b. 18 U.S.C. § 2252(a)(1) prohibits knowingly transporting or shipping, using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means including by computer or mails, any visual depiction of minors engaging in sexually explicit conduct.

c. 18 U.S.C. § 2252(a)(2) prohibits knowingly receiving or distributing, any visual depiction using any means or facility of interstate or foreign commerce or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce, or which contains materials which have been mailed or so shipped or transported, by any means including by computer, or knowingly reproduces any visual depiction for distribution using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or

2

through the mails, if the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct.

d. 18 U.S.C. § 2252(a)(4) prohibits possessing or knowingly accessing with intent to view, one or more books, magazines, periodicals, films, video tapes, or other matter which contain any visual depiction that has been shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or which was produced using materials which have been mailed or so shipped or transported, by any means, including by computer, if the producing of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct.

e. 18 U.S.C. § 2252A(a)(1) prohibits knowingly mailing, transporting, or shipping any child pornography using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer.

f. 18 U.S.C. § 2252A(a)(2) prohibits knowingly receiving or distributing any child pornography that has been mailed, or using any means or facility or interstate commerce, shipped or transported in or affecting interstate or foreign commerce by any means, including by computer;

3

or knowingly receiving or distributing any material that contains child pornography that has been mailed, or using any means or facility of interstate or foreign commerce shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

g. 18 U.S.C. § 2252A(a)(3)(A) prohibits a person from knowingly reproducing child pornography for distribution through the mails, or using any means or facility of interstate or foreign commerce shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

h. 18 U.S.C. § 2252A(a)(3)(B) prohibits knowingly advertising, promoting, presenting, distributing, or soliciting through the mail, or using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce by any means, including by computer, any material or purported material, in a manner that reflects the belief or is intended to cause another to believe, that the material is or contains a visual depiction of an actual minor engaging in sexually explicit conduct, or an obscene visual depiction of a minor engaging in sexually explicit conduct.

i. 18 U.S.C. § 2252A(a)(5)(B) prohibits a person from knowingly possessing or knowingly accessing with intent to view, any book, magazine, periodical, film, videotape, computer disk, or other material

4

that contains an image of child pornography that has been mailed, shipped, or transported using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer.

## PROBABLE CAUSE

3. On Wednesday December 4, 2019, an FBI WFO TFO, was acting in an undercover capacity as part of the Metropolitan Police Department-Federal Bureau of Investigation ("MPD-FBI") Child Exploitation Task Force, operating out of a satellite office in Washington, D.C.

4. On Wednesday December 4, 2019 the UC entered a private KIK group that discussed incest, in which your UC has been a member for several months.

5. At approximately 1:55pm a new user entered the group using the KIK name, "thatjonthomasguy" (subsequently identified as the defendant Jason Michael Musgrove) and received an automatic message/banner for new users that read, "This is a dad/step/uncle room. Send 2 pics or vid of your girl to the admin upon

5

entry. You will need to live verify in same manner as directed by admin. Hop out now if you cannot comply. Entry to private is possible."

6. The UC was previously appointed by the owner of the group to act as an administrator. The UC sent the following message to the group, "Jon pm (private message) to verify if u cannot bounce please."

7. KIK is a free mobile application that permits users to send text messages and other content, including videos and images. KIK also allows members to create groups that allow users to communicate as a group and send pictures and videos.

8. On December 4, 2019, a subject (later determined by law enforcement to be Jason Musgrove) sent the UC two separate images of a teenaged girl clothed via KIK private message.

9. The UC asked Musgrove to take a live picture of himself and a historical picture that shows both him and the teenaged girl. Musgrove complied and sent a live real time picture of himself. The image depicted a white male wearing a camouflage shirt (face visible). Musgrove sent an additional image that was taken in the past. The image depicts Musgrove and a teenaged girl. The teenage girl is the same girl that Musgrove originally posted.

10. Musgrove stated that the teenaged girl in the image is his 17 year-old daughter. Musgrove stated, "You active, or just creep like me?" Musgrove stated

6

that he has a hidden camera and informed the UC that he has full nudes of his daughter as far back as when she was 14 years old.

11. Musgrove sent the UC an image of his purported daughter nude. The image depicts a naked teenager standing nude part of her face is visible. Musgrove made the following comment to the UC after posting the nude image, "My daughter at 14 one of the oldest pictures I have of her naked... I've jerked off to that picture many many times!"

12. Musgrove sent a second image of his purported daughter. The image depicts a teenaged girl with a towel wrapped around her head. She is wearing black shorts and her bare breasts are exposed. Musgrove made the following comment after sending the image, "I want to watch somebody fuck my daughter in all of her holes."

13. The UC asked Musgrove if his daughter was his biological or step daughter. Musgrove responded, "bio".

14. The following is a portion of the private chat between Musgrove and the UC:

**Musgrove: I feed her cum all the time , too!**

**UC: Mmmmmmmm no way how**

**Musgrove: Love watching her eat her food not knowing daddy put some extra cream in it!**

7

UC: Vid of that lol

UC: Mmmmmmmm

UC: Fuck that's hot seen that a few times

Musgrove: I jerk off into her milk, yogurt, sour cream, whatever I can get it in. Sometimes, she will make herself a sandwich for lunch and put it in the fridge before she goes to bed. I will go in there, take the top right off, jerk off onto it, put the bread back on, and then send her to school with daddy's mayonnaise on her sandwich!

15. During the course of the chat Musgrove made the following statements regarding his daughter's panties, "All the time! I sniff the dirties, jerk off into the cleans, and leave them for her to wear". "She smells as sweet as candy! Once or twice, when she was younger I got a lick in while she was sleeping... She doesn't sleep soundly enough to do that anymore. That's why Im going to drug her and fuck her the next time mommy leaves town."

16. During the course of the chat the UC observed Musgrove in a second KIK group posting a nude image of his daughter. The image is the same nude image as described above. This particular group is dedicated to the sharing of child pornography and is actively being investigated by the FBI.

8

17. In the second KIK group, Musgrove commented on the child pornography that was being disseminated by other KIK users. One user posted a video of a prepubescent female approximately 5-7 years of age masturbating and sucking on an adult penis. Musgrave responded, "HOT" after this video was posted.

18. During the course of the private KIK chat Musgrove sent the UC 3 images of Musgrove's daughter.

    a. The first image depicts a nude female. The focus of the image is below the girl's breasts down to her upper thighs with the main focus on the girl's bare vagina. The girl is standing up in the photo.

    b. The second image depicts the same girl naked and bending over towards her ankles with her bare breasts exposed.

    c. The third image depicts the same girl standing up near a closet. She is wearing white panties and is shirtless with her breast exposed. Her face is visible.

19. During the course of the private chat Musgrove made the following comments about his daughter, "About a week ago I put a load in her Ice Cream" "Ive done videos of me cumming in her food and then pics of her eating it. I will again."

20. On December 5, 2019, Musgrove continued to communicate with the UC via KIK private message. During the course of the chat Musgrove informed the UC that he was employed as an Officer for the Army.

9

21. During the course of the chat, the UC asked Musgrove questions about his usage of Musgrove's spy camera. Musgrove stated, "The cam I have is quite small. I set it up as needed and then it has a motion sensing capability. When it senses motion it records for a set period of time and then turns off until it senses motion again.

22. During the course of the chat, Musgrove made the following statement to the UC, "I'm hoping I get the opportunity to fuck my daughter soon… Mommy doesn't leave town very often, but when she does, I want to be prepared with the proper ingredients for a good night cocktail! Right now, I'm looking at mixing some cherry NyQuil into a Dr. Pepper…Hopefully about three doses of NyQuil in a large glass of Dr. Pepper should taste like cherry Dr. Pepper and knock her the fuck out! Can you get Ambien over the counter,"

23. On or about December 5, 2019, an emergency disclosure request was sent to Kik regarding username "thatjonthomasguy" to obtain subscriber information related to the account.

24. On or about December 5, 2019, Kik's emergency response included subscriber name Jon Thomas, unconfirmed email address thatjonthomasguy@gmail.com and AT&T U-Verse IP address 45.20.16.166. An emergency disclosure request to AT&T for IP address 45.20.16.166 resolved to Jason Musgrove at 8630 Crenshaw Drive, Grovetown, GA 30813 with telephone number 706-910-4349.

25. On or about December 5, 2019, an open source search was conducted for Jason Musgrove produced his Facebook account https://www.facebook.com/jason.musgrove.92) which contains images that appear visually similar to images provided by the subject.

26. The UC compared the images of Musgrove daughter's Facebook account and Musgrove's Facebook account. The images located on Musgrove's daughter's Facebook account match the images sent by Musgrove to the UC during the course of the chat.

27. Musgrove had images of himself on his Facebook account that match the image that Musgrove sent the UC of himself.

28. On or about December 5, 2019, a query of law enforcement databases revealed the following:

Jason Michael Musgrove

DOB: ███

SSN: ███

TN Driver's License No.: ███

Address on Driver's License: 577 Maple Springs Rd, Manchester, TN 37355

Address in Accurint & AT&T U-verse IP address: 8630 Crenshaw Dr 54B, Grovetown, GA 30813

Criminal History: No identifiable record

11

29. On December 5, 2019, your affiant contacted Army Criminal Investigation at Fort Gordon, Georgia and discovered the following:

    a. Jason Musgrove is a Major on Active Duty in the United States Army.

    b. Musgrove works as an Integrated Threat Operations Officer at Army Cyber Joint Headquarters which is located inside the NSA campus at Fort Gordon, Georgia (Whitelaw Building Room 1E4.)

    c. Musgrove's office number is 762-206-1158 and email address is Jason.m.musgrove.mil@mail.mil.

    d. Musgrove has a TS-SCI clearance.

    e. The home address listed for Musgrove in Department of Defense databases is 8630 Crenshaw Drive, Grovetown, GA 30813.

    f. Musgrove has two children and a wife listed. The children are ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Musgrove's spouse is listed as Catherine Faith Musgrove.

30. On December 6, 2019. FBI personnel conducted surveillance at 8630 Crenshaw Drive, Grovetown, GA 30813. Your affiant was unable to identify any open internet sources attributable the Musgrove residence.

Respectfully submitted,

_____
Harold D. Godbee, III
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me
on December 6, 2019:

_____
HONORABLE BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE

12