FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2019 DEC -9 AM 9: 16

CLERK J. Hodge
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA    )
        )
v.        ) INDICTMENT NO: 1:19-mj-0067
        )
JASON MICHAEL MUSGROVE    )
        )
        )

## UNSEALING ORDER

Upon motion of the United States for an order unsealing all search warrants, arrest warrant and criminal complaint, together with any and all process issued thereunder and the motion to seal and order sealing said documents in the above-styled matter, and good cause appearing therefore, the investigation of the Defendant has concluded and will not be compromised by unsealing said documents and that such documents will be provided to counsel for the Defendant, it is,

**ORDERED** that the Government's motion is GRANTED. The search warrants issued in the above-styled matter, together with any and all process issued thereunder and the motion to seal and order sealing said documents in the above-styled matter, are hereby UNSEALED.

Order entered at Augusta, Georgia, this 9th day of December 2019.

HONORABLE BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA