IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | MJ 119-067 |
| | ) | |
| JASON MICHAEL MUSGROVE | ) | |

_____

**O R D E R**
_____

The Court will conduct an evidentiary hearing regarding Defendant's Motion for Reconsideration, (doc. no. 26), immediately following his arraignment on January 21, 2020. Defendant's spouse shall attend the hearing. Defendant and his spouse shall produce at the hearing all documents in their possession or control concerning the IRA account specified in Defendant's financial affidavit, (doc. no. 16), including without limitation all account statements and all documents concerning all deposits, withdrawals and other transactions. Defense counsel shall notify the Court by filing a status report on or before Wednesday, January 15, 2020 concerning whether Defendant's spouse will appear and produce records voluntarily or requires a subpoena.

SO ORDERED this 10th day of January, 2020, at Augusta, Georgia.

_/s/ Brian K. Epps_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA