IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | MJ 119-067 |
| | ) | |
| JASON MICHAEL MUSGROVE | ) | |

**O R D E R**

For the reasons stated during the January 21, 2020 evidentiary hearing on Defendant's motion for reconsideration of the Court's December 18, 2019 Order, (doc. no. 25), the Court **DENIES** Defendant's motion for reconsideration. (Doc. no. 26.)

SO ORDERED this 22nd day of January, 2020, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA